QUINN EMANUEL URQUHART & SULLIVAN, LLP
Emily Kapur (SBN 306724)
emilykapur@quinnemanuel.com
Austin Buscher (SBN 346456)
austinbuscher@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000

Andrew Berdon (*pro hac vice* forthcoming)
andrewberdon@quinnemanuel.com
Jesse Bernstein (*pro hac vice* forthcoming)
jessebernstein@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDAH SEIDMAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>CYTOKINETICS, INC. and<br>ROBERT BLUM,<br><br>        Defendants. | Case No. 3:25-cv-07923-RFL<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXTENDING TIME TO<br>RESPOND TO THE COMPLAINT**<br><br>Judge:  Hon. Rita F. Lin<br><br>Action Filed:  September 17, 2025 |

Lead Plaintiff Judah Seidman ("Plaintiff") and Defendants Cytokinetics, Inc. ("Cytokinetics") and Robert Blum (together, the "Defendants") hereby stipulate, through their respective counsel of record, subject to approval of the Court, as follows:

WHEREAS, this securities class action (the "Action") is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3);

WHEREAS, in accordance with the PSLRA, Plaintiff published notice of the pendency of the Action on September 19, 2025 (ECF No. 9);

WHEREAS, pursuant to Section 21D(a)(3)(A) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(A), as amended by the PSLRA, the deadline under the PSLRA for members of the purported class to file motions for appointment as lead plaintiff in this action is November 18, 2025;

WHEREAS, the parties anticipate that the Court will appoint a lead plaintiff in accordance with the PSLRA, and that the lead plaintiff, once appointed, will seek to file an amended consolidated complaint;

WHEREAS, the parties anticipate that the lead plaintiff and Defendants will confer regarding a schedule that addresses the timeline for filing of an amended consolidated complaint, Defendants' response to that complaint (which Defendants anticipate will be a motion or motions to dismiss), and briefing for any motion to transfer this action pursuant to 28 U.S.C. § 1404;

WHEREAS, on September 18, 2025, the Court entered an Initial Case Management Scheduling Order with ADR Deadlines, setting the Initial Case Management Conference for January 7, 2026, and setting various deadlines for the Parties to complete ADR certifications and file disclosures contemplated by Federal Rule of Civil Procedure 26 (ECF No. 8);

WHEREAS, no party has previously requested or received time for an extension to respond to the Complaint (ECF No. 1);

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to approval of the Court, that:

1.     The undersigned counsel for Defendants hereby accept service of the Complaint in the Action on behalf of the Defendants; provided, however, that the acceptance of service and entry

-1-

into this Stipulation shall not waive, and Defendants expressly preserve, all rights, claims and defenses, including, but not limited to, all defenses relating to jurisdiction, other than a defense as to the sufficiency of service of the Complaint.

2.    The Parties stipulate and agree that Defendants are under no current obligation to answer or otherwise respond to the Complaint filed in the Action and that, unless otherwise ordered by the Court, Defendants may defer any answer or other response until after an order is entered regarding the Court's appointment of a Lead Plaintiff and approval of Lead Plaintiff's selection of Lead Counsel pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3).

3.    Within 60 days of the Court appointing Lead Plaintiff in this Action, the appointed Lead Plaintiff shall file an amended complaint or file a notice that Lead Plaintiff intends to proceed on the initial complaint (ECF No. 1).

4.    Within 60 days of Lead Plaintiff filing an amended complaint or notice of the intent to proceed on the initial complaint, Defendants shall file a motion to dismiss or answer.

5.    Within 60 days of Defendants filing a motion to dismiss, Lead Plaintiff shall file any brief in opposition to that motion to dismiss.

6.    Within 45 days of Lead Plaintiff filing any brief in opposition to that motion to dismiss, Defendants shall file any reply brief in further support of that motion to dismiss.

7.    This stipulation shall not restrict any party from seeking a modification of this schedule by appropriate motion before the Court.

8.    The Initial Case Management Conference scheduled for January 7, 2026 shall be continued, along with all associated deadlines under the Federal Rules of Civil Procedure and the Local Civil Rules for the United States District Court for the Northern District of California and all associated ADR Multi-Option Program deadlines, until a date that is convenient for the Court following resolution of the anticipated motion(s) to dismiss.

IT IS SO STIPULATED.

DATED:  November 14, 2025          Respectfully submitted,

By:  /s/ Emily Kapur

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Emily Kapur (SBN 306724)
emilykapur@quinnemanuel.com
Austin Buscher (SBN 346456)
austinbuscher@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000

Andrew Berdon (*pro hac vice* forthcoming)
andrewberdon@quinnemanuel.com
Jesse Bernstein (*pro hac vice* forthcoming)
jessebernstein@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
*Counsel for Defendants*

By:  /s/ Adam M. Apton

LEVI & KORSINSKY, LLP
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: (415) 373-1671
aapton@zlk.com
*Counsel for Plaintiff*

### Attestation Pursuant to Civil Local Rule 5-1(h)(3)

Pursuant to Local Rule 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized me to file this document.

DATED:  November 14, 2025          By:  /s/ Emily Kapur

Emily Kapur

### [PROPOSED] ORDER GRANTING STIPULATION

THE ABOVE STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT IS HEREBY SO-ORDERED.

DATED:  **November 18, 2025**          By:  _____

HON. RITA F. LIN
United States District Judge

-3-