POMERANTZ LLP
Jeremy A. Lieberman (*pro hac vice*)
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com
avan@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CYTOKINETICS, INCORPORATED SECURITIES LITIGATION | CASE NO.  3:25-cv-07923-RFL<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER SETTING AMENDED COMPLAINT AND MOTION TO DISMISS SCHEDULE**<br><br>Hon. Rita F. Lin |

Pursuant to Civil Local Rules 6-1 and 6-2, Lead Plaintiff Gilbert Rosenthal ("Lead Plaintiff"), individually and on behalf of all others similar situated, by and through its undersigned counsel, and Defendants Cytokinetics, Inc. and Robert Blum (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on November 18, 2025, this Court entered an order granting the Parties Stipulation Extending Time to Respond to the Complaint, which provided that: (1) within 60 days of the Court appointing Lead Plaintiff in this Action, the appointed Lead Plaintiff shall file an amended complaint; (2) within 60 days of Lead Plaintiff filing an amended complaint, Defendants shall file a motion to dismiss or answer; (3) within 60 days of Defendants filing a motion to dismiss, Lead Plaintiff shall file any brief in opposition to that motion to dismiss; and (4) within 45 days of Lead Plaintiff filing any brief in opposition to that motion to dismiss, Defendants shall file any reply brief in further support of that motion to dismiss (Dkt. No. 23);

**WHEREAS**, on December 22, 2025, the Court appointed Gilbert Rosenthal as lead plaintiff in the above-captioned action, approved Rosenthal's selection of Pomerantz LLP as lead counsel, and ordered that the Parties provide a proposed schedule for Lead Plaintiff's filing of a consolidated complaint and for Defendants' response to the complaint by January 9, 2026. (Dkt. No. 33);

**WHEREAS**, counsel for Lead Plaintiff and Defendants in the above-captioned action have met and conferred regarding the filing of an amended complaint and Defendants' response(s), and have adopted the schedule previously approved by the Court, modified to account for the recent holiday season;

**IT IS ACCORDINGLY STIPULATED AND AGREED THAT**:

1.     Within 60 days of the due date of this stipulation (January 9, 2026), the appointed Lead Plaintiff shall file an amended complaint.

2.     Within 60 days of Lead Plaintiff filing an amended complaint, Defendants shall file a motion to dismiss or answer.

3.     Within 60 days of Defendants filing a motion to dismiss, Lead Plaintiff shall file any brief in opposition to that motion to dismiss.

4.    Within 45 days of Lead Plaintiff filing any brief in opposition to that motion to dismiss, Defendants shall file any reply brief in further support of that motion to dismiss

Dated: January 9, 2026                    POMERANTZ LLP

By /s/ *Austin P. Van*
Jeremy A. Lieberman (*pro hac vice*)
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
avan@pomlaw.com

POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff*

Dated: January 9, 2026                    QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By /s/ *Emily Kapur*
Emily Kapur (SBN 306724)
emilykapur@quinnemanuel.com
Austin Buscher (SBN 346456)
austinbuscher@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000

Andrew Berdon (*pro hac vice*)
andrewberdon@quinnemanuel.com
Jesse Bernstein (*pro hac vice*)
jessebernstein@quinnemanuel.com
295 Fifth Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000

*Counsel for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  **January 12, 2026**

_____
Hon. Rita F. Lin
United States District Court Judge